IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH BARRY WASHINGTON, SR.,

    Plaintiff,

v.

SUPERINTENDENT MICHAEL
WENEROWICZ et al.,

    Defendants.

CIVIL ACTION
NO. 14-06916

## ORDER

**AND NOW**, this 3rd day of October 2017, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 51), Plaintiff's Response in Opposition (Doc. No. 53), Defendants' Reply (Doc. No. 55), Plaintiff's Response to Defendants' Reply (Doc. No. 57), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 51) is **GRANTED** on the First Amendment, Fifth Amendment, Eighth Amendment, and Fourteenth Amendment claims.

2. All claims in the Amended Complaint are **DISMISSED**.

3. The Clerk of Court shall close this case for statistical purposes.

                                      BY THE COURT:


                                      /s/ Joel H. Slomsky
                                      JOEL H. SLOMSKY, J.